■ In the Matter of Sol Z. Rosen, for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Sol Z. Rosen, reinstated as an attorney and counselor at law in the State of New York, effective immediately. Petition of charges dated December 19, 1985 dismissed as academic. Order entered. Mahoney, P. J., Casey, Mikoll, Yesawich Jr. and Mercure, JJ., concur.